Motion GRANTED for extension to 12/28/12.

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
### NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 3:12-cr-00173 |
| v. ) | |
| ) | Judge Trauger |
| RICHARD EUGENE BIGSBY ) | |
| ) | |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE

The defendant, Richard Eugene Bigsby, has filed a motion to suppress evidence. (D.E. 19). The United States' requests an additional seven (7) days time in which to reply to the defendant's motion, which is presently believed due on December 21, 2012. The United States requests this extension of time, from December 21, 2012, to December 28, 2012, in order effectively respond to the issues raised by the defendant. Defense counsel has been conferred and has no objection this extension.

For the foregoing reason, the United States respectfully requests a seven (7) day extension of time, to December 28, 2012, in which to respond.

Respectfully submitted,

JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

**s/ Clay T. Lee**
Clay T. Lee
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
615-736-5151