IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:12-00173 |
| | ) | Judge Trauger |
| RICHARD EUGENE BIGSBY, a/k/a | ) | |
| RICHARD EUGENE WHITEHEAD | ) | |
| | ) | |

**O R D E R**

It is hereby **ORDERED** that this case is set for a change of plea hearing on Tuesday, March 5, 2013, at 2:00 p.m. It is further **ORDERED** that the trial scheduled for February 19, 2013 is removed from the court's calendar.

It is so **ORDERED**.

ENTER this 14th day of February 2013.

_____
ALETA A. TRAUGER
U.S. District Judge