UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

> **Motion GRANTED. Hearing reset for 6/5/13 at 1:30 p.m.**

UNITED STATES OF AMERICA )
)
)
v. ) No. 3:12-00173-1
) Judge Trauger
)
RICHARD BIGSBY )

## MOTION TO CONTINUE SENTENCING HEARING

Comes Richard Bigsby, through counsel, and moves this Honorable Court for a continuance of the sentencing hearing which is presently scheduled for May 31, 2013.

Counsel requests that the hearing be re-scheduled to a date that is not a Friday, and further requests a date other than June 3, as he is out of the office on that date. Assistant United States Attorney Clay Lee has advised that he is available on any date between June 4 and June 17.

Respectfully submitted,

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN (BPR #004012)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2013, I electronically filed the foregoing Motion to Continue Sentencing Hearing with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: Clay T. Lee, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203.

s/ *C. Douglas Thoresen*
C. DOUGLAS THORESEN